UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE:  1:19-cv-02210

CARLOS BRITO,

      Plaintiff,
v.

PCH SHOPPING CENTER LLC,
a Colorado Limited Liability Company,

      Defendant.

_____

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, CARLOS BRITO, and Defendant, PCH SHOPPING CENTER LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement.  The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice.  Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

    Respectfully submitted this 21st day of January 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Amanda H. Halstead* |
| ANTHONY J. PEREZ | AMANDA H. HALSTEAD |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | MILLS SCHMITZ HALSTEAD & |
| 4937 S.W. 74th Court, Unit #3 | ZALOUDEK, LLC - Denver |
| Miami, FL 33155 | 600 17th Street |
| Telephone: (305) 553- 3464 | Suite 2800 |
| Facsimile: (305)553-3031 | Denver, CO 80202 |
| Primary Email:  ajperezlaw@gmail.com | Telephone: (303) 226-5861 |
| Secondary Email:  aquezada@lawgmp.com; ddunn@lawgmp.com | Email: ahh@mshzlaw.com<br>Attorney for Defendant *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

2

I HEREBY CERTIFY that on January 21st, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
E-Mail: ajperez@lawgmp.com;
ddunn@lawgmp.com
Telephone:  303-386-7208
Facsimile:  305-553-3031


By: ___*/s/ Anthony J. Perez, Esq.*_____
         ANTHONY J. PEREZ