## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE:  1:19-cv-02210

CARLOS BRITO,

      Plaintiff,

v.

PCH SHOPPING CENTER LLC,
a Colorado Limited Liability Company,

      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO and Defendant, PCH SHOPPING CENTER LLC, through its general counsel having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Respectfully submitted this 20th day of February, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Amanda H. Halstead* |
| ANTHONY J. PEREZ | AMANDA H. HALSTEAD |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | MILLS SCHMITZ HALSTEAD & ZALOUDEK, LLC - Denver |
| 1600 Broadway | 600 17th Street |
| Denver, CO 80202 | Suite 2800 |
| Telephone: (303) 386-7208 | Denver, CO 80202 |
| Facsimile: (305)553-3031 | Telephone: (303) 226-5861 |
| Primary Email:  ajperezlaw@gmail.com | Email: ahh@mshzlaw.com |
| Secondary Email:  aquezada@lawgmp.com; ddunn@lawgmp.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 20th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

                        **GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway
Denver, CO 80202
Telephone: (303) 386-7208
Facsimile: (305)553-3031
Primary Email:  ajperezlaw@gmail.com
Secondary Email:  aquezada@lawgmp.com; ddunn@lawgmp.com


By: ___*/s/ Anthony J. Perez*_____
      ANTHONY J. PEREZ

2